IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANNIE CHAVEZ,

Plaintiff,

vs.

VANESSA FANG, and KEVIN MCCLANAHAN,

Defendants.

8:26CV650

MEMORANDUM AND ORDER

Plaintiff Annie Chavez, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 26th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge